**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TAFAZWA STREET,

                    Plaintiff,              21 **CIVIL** 6030 (RWL)

        -v-                          **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                   Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 24, 2022, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           February 24, 2022

                                                             **RUBY J. KRAJICK**
                                                              **Clerk of Court**
                             **BY:**    *K. Mango*
                                                                **Deputy Clerk**